# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Miriam Ellenburg, *Plaintiff,* | ) ) |
| v. | ) Civil Action No. 1:16-cv-3120-BHH-SVH |
| Commissioner of Social Security Administration, *Defendant.* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ remanded by Magistrate Judge Shiva V. Hodges who granted the defendant's motion to reverse the decision of the Commissioner and remand the action for further administrative proceedings.

Date: April 21, 2017

*CLERK OF COURT*

s/Brian D. Shropshire
_____
*Signature of Clerk or Deputy Clerk*